# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00205DAE-BMK

CASE NAME:        Gail Spicuzza v. General Star Indemnity Company

ATTYS FOR PLA:    Scott I. Batterman

ATTYS FOR DEFT:   Keith Hiraoka by phone

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:   C6 no record taken

DATE:     12/19/2005               TIME:       9:43 - 9:46

COURT ACTION:  EP: Rescheduling Conference held. Court to prepare an amended scheduling order.

1.   Non-jury trial on December 5, 2006 at 9:00 a.m. before DAE
2.   Final Pretrial Conference on October 24, 2006 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by October 17, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by May 5, 2006
6.   File other Non-Dispositive Motions by September 6, 2006
7.   File Dispositive Motions by July 5, 2006
8a.  File Motions in Limine by November 14, 2006
8b.  File opposition memo to a Motion in Limine by November 21, 2006
11a. Plaintiff's Expert Witness Disclosures by June 5, 2006
11b. Defendant's Expert Witness Disclosures by July 5, 2006
12.  Discovery deadline October 6, 2006
13.  Settlement Conference set for March 29, 2006 at 10:30 a.m. before BMK
14.  Settlement Conference statements by March 22, 2006
20.
21.  File Final witness list by November 14, 2006
24.  Exchange Exhibit and Demonstrative aids by November 7, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 14, 2006

26. File objections to the Exhibits by November 21, 2006
28a. File Deposition Excerpt Designations by November 14, 2006
28b. File Deposition Counter Designations and Objections by November 21, 2006
29. File Trial Brief by November 21, 2006
30. File Findings of Fact & Conclusions of Law by November 21, 2006

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CV 04-00205DAE-BMK;
Gail Spicuzza v. General Star Indemnity Company;
Rule 16 Scheduling Conference Minutes
12/19/2005