ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA     3423-0
*khiraoka@rlhlaw.com*
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai#i 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorney for Defendant
GENERAL STAR INDEMNITY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI#I

| | | |
|---|---|---|
| GAIL SPICUZZA, | ) | CV04-00205  DAE  BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE (RE: |
| | ) | DEFENDANT'S RULE 26 INITIAL |
| vs. | ) | DISCLOSURES) |
| | ) | |
| GENERAL STAR INDEM. CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

336-38 *Cos.Rule26Disclosures.wpd*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendant's Rule 26 Initial

Disclosures was served by hand-delivery upon the following on January 19, 2006:

SCOTT I. BATTERMAN
Suite 2100, AmFac Tower
700 Bishop Street
Honolulu, Hawai#  96813
    Attorney for Plaintiff


    Dated: Honolulu, Hawai#, January 19, 2006.


                /s/ Keith K. Hiraoka
                KEITH K. HIRAOKA
                Attorney for Defendant
                GENERAL STAR INDEMNITY CO.