ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA    3423-0
*khiraoka@rlhlaw.com*
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai#i 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorney for Defendant
GENERAL STAR INDEMNITY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI#I

| | | |
|---|---|---|
| GAIL SPICUZZA, | ) | CV04-00205  DAE  BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | (RE: NOTICE OF TAKING |
| | ) | DEPOSITION UPON WRITTEN |
| GENERAL STAR INDEM. CO., | ) | INTERROGATORIES/COR |
| | ) | PRUDENTIAL INS. CO.) |
| Defendant. | ) | |
| | ) | |

336-38 *Cos.DWI Prudential.wpd*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Taking

Deposition Upon Written Interrogatories; Interrogatories was served by hand-

delivery (HD) or United States mail (M), as indicated, upon the following on

February 6, 2006:

|  | (HD) | (M) |
|---|---|---|
| GERALD S. CLAY<br>SCOTT I. BATTERMAN<br>Suite 2100, AmFac Tower<br>700 Bishop Street<br>Honolulu, Hawai#i  96813<br>    Attorneys for Plaintiff | XX |  |

Dated: Honolulu, Hawai#i, February 6, 2006.

        /s/ Keith K. Hiraoka
KEITH K. HIRAOKA
Attorney for Defendant
GENERAL STAR INDEMNITY CO.