# ORIGINAL

Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

GERALD S. CLAY          1439
SCOTT I. BATTERMAN       5017
Topa Financial Center
Suite 2100, Bishop Street Tower
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444
E-mail: sib@paclawteam.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at ___10___ o'clock and __40__ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GAIL SPICUZZA,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL STAR INDEMNITY COMPANY,<br><br>Defendant. | CV 04-00205 DAE BMK<br><br>CERTIFICATE OF SERVICE (RE: PLAINTIFF'S RESPONSE TO DEFENDANT GENERAL STAR INDEMNITY COMPANY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF'S RESPONSE TO DEFENDANT

GENERAL STAR INDEMNITY COMPANY'S SECOND REQUEST FOR PRODUCTION OF

DOCUMENTS TO PLAINTIFF was duly served by depositing same in the U.S. Mail,

postage prepaid, on February 16, 2006, addressed as follows:

#247303 v1 - COS

KEITH K. HIRAOKA, ESQ.
Roeca, Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant


DATED: Honolulu, Hawaii; February 21, 2006.


_____
GERALD S. CLAY
SCOTT I. BATTERMAN
Attorneys for Plaintiff