**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA     3423-0
khiraoka@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai�ʻi 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorney for Defendant
GENERAL STAR INDEMNITY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| GAIL SPICUZZA, | ) | **CV04-00205  DAE  BMK** |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE (RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES) |
| vs. | ) | |
| GENERAL STAR INDEM. CO., | ) | |
| Defendant. | ) | |

336-38 *F.cos.DWI.2.wpd*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Taking Deposition Upon Written Interrogatories (Custodian of Records for John A. Bender, Esq.) was served by hand-delivery (HD) or United States mail (M), as indicated, upon the following on March 13, 2006:

|  | (HD) | (M) |
|---|---|---|
| GERALD S. CLAY | XX |  |

SCOTT I. BATTERMAN
Suite 2100, Bishop Street Tower
700 Bishop Street
Honolulu, Hawai#  96813
    Attorneys for Plaintiff

Dated: Honolulu, Hawai#, _____.

 /s/ Keith K. Hiraoka
KEITH K. HIRAOKA
Attorney for Defendant
GENERAL STAR INDEMNITY CO.