**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA    3423-0
*khiraoka@rlhlaw.com*
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai#i 96813-3917
Telephone: (808) 538-7500

Attorney for Defendant
GENERAL STAR INDEMNITY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI#I

| | | |
|---|---|---|
| GAIL SPICUZZA, | ) | **1:04-CV-00205-DAE-BMK** |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: Defendant General Star |
| | ) | Indemnity Company's First Request |
| GENERAL STAR INDEM. CO., | ) | for Admissions to Plaintiff Gail |
| | ) | Spicuzza dated April 6, 2006] |
| Defendant. | ) | |
| | ) | |

336-38/*COS.1st Req Admissions.kkh.wpd*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of "Defendant General Star Indemnity Company's First Request for Admissions to Plaintiff Gail Spicuzza dated April 6, 2006" was served by hand-delivery (HD) or United States mail (M), as indicated, upon the following on April 6, 2006:

(HD)    (M)

GERALD S. CLAY                                                    XX
SCOTT I. BATTERMAN
Suite 2100, AmFac Tower
700 Bishop Street
Honolulu, Hawai‡  96813
    Attorneys for Plaintiff

    Dated: Honolulu, Hawai‡, April 7, 2006.

                           /s/ Keith K. Hiraoka
                          KEITH K. HIRAOKA
                          Attorney for Defendant
                          GENERAL STAR INDEMNITY CO.