


Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

GERALD S. CLAY         1439
SCOTT I. BATTERMAN     5017
Topa Financial Center
Suite 2100, Bishop Street Tower
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444
E-mail: sib@paclawteam.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| GAIL SPICUZZA, | CV 04-00205 DAE BMK |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE (RE: PLAINTIFF'S RESPONSE TO DEFENDANT GENERAL STAR INDEMNITY COMPANY'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF GAIL SPICUZZA) |
| vs. | |
| GENERAL STAR INDEMNITY COMPANY, | |
| Defendant. | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF'S RESPONSE TO DEFENDANT GENERAL STAR INDEMNITY COMPANY'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF GAIL SPICUZZA was duly served by hand delivery on May 8, 2006 upon the following:

#247303 v1 - COS

KEITH K. HIRAOKA, ESQ.
Roeca, Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

Attorney for Defendant

DATED: Honolulu, Hawaii; May 11, 2006.

_____
GERALD S. CLAY
SCOTT I. BATTERMAN
Attorneys for Plaintiff