# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **235207** |
| Trans | 140019 |

Received From: **VINCENT J. PROTO**

Case Number:

Reference Number: **CV 04-205**

| | | | |
|---|---|---|---|
| | Check | | 225.00 |
| | Total | | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
| | Total | | **225.00** |
| | Tend | | 225.00 |
| | Due | | 0.00 |

05/24/2006 11:00:42 AM    Deputy Clerk: bb/AG