ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA   3423-0
*khiraoka@rlhlaw.com*
RHONDA L. CHING   8140-0
*rching@rlhlaw.com*
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813-3917
Telephone: (808) 538-7500

Attorney for Defendant
GENERAL STAR INDEMNITY COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2006

at 3 o'clock and 30 min. __ M
SUE BEITIA, CLERK

LODGED

MAY 2 4 2006
11:00 AM AY
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GAIL SPICUZZA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL STAR INDEM. CO.,<br><br>　　　　　　Defendant. | **CV04-00205 DAE BMK**<br><br>GENERAL STAR INDEMNITY COMPANY'S APPLICATION FOR ADMISSION OF *PRO HAC VICE* COUNSEL; DECLARATION OF VINCENT J. PROTO; DECLARATION OF NAHUM A. KIANOVSKY; DECLARATION OF KEITH K. HIRAOKA; ORDER; CERTIFICATE OF SERVICE |

336-38 *P.Pro Hac Vice.Proto.kkh.rlc.wpd*

GENERAL STAR INDEMNITY COMPANY'S
APPLICATION FOR ADMISSION OF *PRO HAC VICE* COUNSEL

Defendant GENERAL STAR INDEMNITY COMPANY moves this court

for an order permitting Vincent J. Proto and Nahum A. Kianovsky of Short Hills, New Jersey, to appear in this matter *pro hac vice* for Defendant General Star Indemnity Company, pursuant to LR 83.1(E) of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is supported by the Declaration of Vincent J. Proto, Declaration of Nahum A. Kianovsky, Declaration of Keith K. Hiraoka, and the records and files herein.

Dated: Honolulu, Hawai'i, _____.

MAY 24 2006

_____
KEITH K. HIRAOKA
RHONDA L. CHING
Attorneys for Defendant
GENERAL STAR INDEMNITY COMPANY