IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| GAIL SPICUZZA, | ) | **CV04-00205 DAE BMK** |
| | ) | |
| Plaintiff, | ) | DECLARATION OF NAHUM A. |
| | ) | KIANOVSKY |
| vs. | ) | |
| | ) | |
| GENERAL STAR INDEM. CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

336-38 *P.Pro Hac Vice.Proto.kkh.rlc.wpd*

## **DECLARATION OF NAHUM A. KIANOVSKY**

NAHUM A. KIANOVSKY, hereby states and declares that:

1.  I am an attorney with the law firm of Budd Larner and I have personal knowledge of the facts set forth in this Declaration, except where facts are alleged upon information and belief.

2.  My business address is 150 John F. Kennedy Pkwy., Short Hills, New Jersey, 07078-2703, telephone number (973)379-4800, and fax number (973)379-7734 and my residence address is 171 Oakland Road, Maplewood, New Jersey 07040.

3.  I am admitted to practice law before all courts in the State of New Jersey (admitted 1994), the State of New York (admitted 1995), the State of

Pennsylvania (admitted 1999), the United States District Court for the District of New Jersey (admitted 1994), the United States District Court for the Eastern District of Pennsylvania (admitted 1999), the United States District Court for the Eastern District of New York (admitted 1998), the United States District Court for the Southern District of New York (admitted 1995), and the Third Circuit Court of Appeals (admitted 1999).

4. I am a member in good standing of the State Bars of New York, New Jersey and Pennsylvania and eligible to practice in the courts designated in paragraph 3 of this Declaration.

5. I am not currently suspended or disbarred in any other court and there have been no disciplinary actions taken against me.

6. I have not, within the year preceding this application, made any *pro hac vice* application in this court.

7. I, and my firm, shall be associated with Keith K. Hiraoka and the law firm of Roeca, Louie & Hiraoka, 900 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawai`i 96813, in this action, and counsel for all parties may serve any papers in this action upon Roeca, Louie & Hiraoka. The written consent of associate counsel is provided in the Declaration of Keith K. Hiraoka and is attached hereto.

8. I respectfully request this Court grant me admission *pro hac vice* to assist in the defense of Defendant General Star Indemnity Company in this action.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

DATED: Short Hills, New Jersey May 17, 2006.

_____
NAHUM A. KIANOVSKY