IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| GAIL SPICUZZA, | ) | CV04-00205 DAE BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF KEITH K. HIRAOKA |
| | ) | |
| vs. | ) | |
| | ) | |
| GENERAL STAR INDEM. CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

336-38 *P.Pro Hac Vice.Proto.kkh.rlc.wpd*

## DECLARATION OF KEITH K. HIRAOKA

KEITH K. HIRAOKA hereby states and declares that:

1. I am an attorney licensed to practice in the State of Hawaii and a member of the law firm of Roeca, Louie & Hiraoka, counsel for Defendant General Star Indemnity Company in the above-captioned action, and I have personal knowledge of the facts set forth in this Declaration, except where facts are alleged upon information and belief.

2. I, and my law firm, consent to act as associate counsel for Vincent J. Proto, Nahum A. Kianovsky and the law firm of Budd Larner of Short Hills, New Jersey.

3. I, and my law firm, will meaningfully participate in the

preparation for and trial of the case and will continue to serve herein with the authority and responsibility to act as attorneys of record for all purposes.

4. On information and belief, Vincent J. Proto and Nahum A. Kianovsky are members in good standing of the State Bars of New Jersey, New York, and Pennsylvania.

5. The *pro hac vice* admission of Vincent J. Proto and Nahum A. Kianovsky as co-counsel for Defendant General Star Indemnity Company will neither hinder nor delay the prosecution of this action.

6. The participation of Vincent J. Proto and Nahum A. Kianovsky in this action will be of assistance in the representation of Defendant General Star Indemnity Company.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

DATED: Honolulu, Hawai`i, _____MAY 24 2006_____.

_____
KEITH K. HIRAOKA