IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GAIL SPICUZZA,<br><br>        Plaintiff,<br><br>vs.<br><br>GENERAL STAR INDEM. CO.,<br><br>        Defendant. | CV04-00205 DAE BMK<br><br>ORDER GRANTING DEFENDANT GENERAL STAR INDEMNITY COMPANY'S APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL |

336-38 *P.Pro Hac Vice.Proto.kkh.rlc.wpd*

## ORDER GRANTING DEFENDANT GENERAL STAR INDEMNITY COMPANY'S APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL

The Court, having considered Defendant General Star Indemnity Company's Application for Admission of *Pro Hac Vice* Counsel, and finding good cause shown, orders as follows;

      1.    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant General Star Indemnity Company's Application for Admission of Pro Hac Vice Counsel, is hereby GRANTED;

      2.    Pursuant to LR 83.1(e), Vincent J. Proto and Nahum A. Kianovsky of the law firm of Budd Larner are granted leave to appear *pro hac vice* on behalf of Defendant General Star Indemnity Company for all purposes in this

action, and shall be associated with Keith K. Hiraoka and the law firm of Roeca, Louie & Hiraoka of Honolulu, Hawaii.

DATED: Honolulu, Hawaiʻi,    5-24-2006    .

_____
Judge of the above-entitled Court

*Order Granting Defendant General Star Indemnity Company's Application for Admission of Pro Hac Vice Counsel;* Gail Spicuzza v. General Star Indemnity Company, CV04-00205 DAE BMK, United States District Court, District of Hawaiʻi.

-2-