IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

GAIL SPICUZZA,                          )      **CV04-00205 DAE BMK**
                                        )
                        Plaintiff,      )      CERTIFICATE OF SERVICE
                                        )
        vs.                             )
                                        )
GENERAL STAR INDEM. CO.,                )
                                        )
                        Defendant.      )
_____         )

336-38 *P.Pro Hac Vice.Proto.kkh.rlc.wpd*

## **CERTIFICATE OF SERVICE**

On this date a copy of the foregoing document was served by hand-delivery (HD)

or United States mail (M), as indicated, upon the following:

                                        (HD)            (M)

GERALD S. CLAY                          XX
SCOTT I. BATTERMAN
Suite 2100, AmFac Tower
700 Bishop Street
Honolulu, Hawai'i 96813
        Attorneys for Plaintiff

                                        MAY 2 4 2006

        Dated: Honolulu, Hawai'i, _____.

                                        _____
                                        KEITH K. HIRAOKA
                                        RHONDA L. CHING
                                        Attorneys for Defendant
                                        GENERAL STAR INDEMNITY
                                        COMPANY