# Court Copy

## U.S. District Court - Hawaii
Receipt for Payment

For Internal Use Only
Receipt    **235209**
Trans    140021

Received From:   **NAHUM A. KIANOVSKY**
Case Number:
Reference Number:   **CV 04-205**

| | | |
|---|---|---|
| | Check | 225.00 |
| | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
| | | Total | 225.00 |
| | | Tend | 225.00 |
| | | Due | 0.00 |

05/24/2006 03:22:05 PM       Deputy Clerk: lg/DT