# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00205DAE-BMK |
| CASE NAME: | Gail Spicuzza v. General Star Indemnity Company |
| ATTYS FOR PLA: | Scott I. Batterman |
| ATTYS FOR DEFT: | Keith K. Hiraokia |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 6/22/2006 | TIME: | 9 - 9:02 |

COURT ACTION:  EP: Status Conference Re Trial Date/Deadlines - dispositive motions deadline is moved from 7-5-06 to 9-11-06.

Submitted by Richlyn Young, Courtroom Manager