# OLIVER, LAU, LAWHN, OGAWA & NAKAMURA

ATTORNEYS AT LAW · A LAW CORPORATION

JASON F. OLIVER
JEFFREY DANIEL LAU
JAMES H. LAWHN
ROY T. OGAWA
REID A. NAKAMURA
A. DEBBIE JEW
KEITH Y. YAMADA

600 OCEAN VIEW CENTER
707 RICHARDS STREET
HONOLULU, HAWAII 96813

TELEPHONE (808) 533-3999
FACSIMILE (808) 533-0144

LINDA R. KOBUKE
RICHARD A. ING
ANN C. KEMP
GUY C. ZUKERAN
KURT K. LEONG

May 29, 1998

Gail Spicuzza-Zorn
P.O. Box 3517
Princeville, Hawaii 96722

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Re: **Demand for Repayment of Loans**

Dear Ms. Spicuzza-Zorn:

This office represents The Estate of Theodore Magnus Lockrem. The following is a demand that you immediately repay all loans outstanding to you by Mr. Lockrem. Please make full payment on or before **June 25, 1998**. If full payment is not received by then, we shall take appropriate action and will seek to recover attorneys' fees and costs.

Thank you for your cooperation and prompt attention to this matter.

Very truly yours,

OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law, A Law Corporation

Keith Y. Yamada

cc: client
KYY:clp
3642-1./cor./spi85291

**EXHIBIT** "1"     S 00002