## CERTIFICATE OF SERVICE

On this date a copy of the foregoing document was served by hand-delivery (HD) or United States mail (M), as indicated, upon the following:

|  | (HD) | (M) |
|---|---|---|
| GERALD S. CLAY<br>SCOTT I. BATTERMAN<br>Suite 2100, AmFac Tower<br>700 Bishop Street<br>Honolulu, Hawaiʻi  96813 |  | XX |

Attorneys for Plaintiff

Dated:  Honolulu, Hawaiʻi, <u>17 October 2006</u>.

<u>/s/ Keith K. Hiraoka</u>
KEITH K. HIRAOKA
Attorney for Defendant
GENERAL STAR INDEMNITY CO.