# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00205DAE-BMK |
| CASE NAME: | Gail Spicuzza v. General Star Indemnity Company |
| ATTYS FOR PLA: | Scott I. Batterman |
| ATTYS FOR DEFT: | Keith K. Hiraoka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/24/2006 | TIME: | 9:05 - 9:09 |

COURT ACTION:  EP: Final Pretrial Conference not held.  Plaintiff made a new settlement proposal.  Settlement Conference set for 11-9-06 @ 9 a.m. before Magistrate Judge Barry M. Kurren. Parties to submit a Confidential Settlement Conference Statements.

Submitted by Richlyn W. Young, courtroom manager