# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/09/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CIVIL NO. 04-00205DAE-BMK

CASE NAME:         Gail Spicuzza vs. General Star Indemnity Company

ATTYS FOR PLA:     Scott I. Batterman

ATTYS FOR DEFT:    Keith K. Hiraoka

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | In Chambers-No Record |
|---|---|---|---|
| DATE: | 11/09/2006 | TIME: | 9:00-9:45 |

COURT ACTION:  EP: Settlement Conference held.  Settlement reached.

Trial date and all deadlines are Vacated. Status Conference Re: Dismissal set for 9:30 12/11/06, BMK.

Submitted by: Warren N. Nakamura, Courtroom Manager