ORIGINAL

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA   3423-0
khiraoka@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i   96813-3917
Telephone: (808) 538-7500

Attorney for Defendant
GENERAL STAR INDEMNITY COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2006

at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED
DEC 4 2006
1:40 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| GAIL SPICUZZA, | ) | 1:04-CV-00205-DAE-BMK |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE; ORDER |
| vs. | ) | |
| | ) | |
| GENERAL STAR INDEM. CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

336-38 *Stip to Dismiss.kkh.wpd*

## STIPULATION FOR
## DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between the parties who have appeared in

this action, through their respective counsel of record and pursuant to Fed. R.

Civ. P. 41(a)(1)(i), that the above-entitled action be and is hereby dismissed with

prejudice, each party to bear its own attorneys' fees and costs. There are no remaining parties and/or issues.

This stipulation has been signed by counsel for all parties who have appeared in this action. Trial was set for December 5, 2006.

Dated: Honolulu, Hawai'i, _____DEC 6 2006_____.

_____
SCOTT I. BATTERMAN
Attorney for Plaintiff

_____
KEITH K. HIRAOKA
Attorney for Defendant
GENERAL STAR INDEM. CO.

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

---

STIPULATION FOR DISMISSAL WITH PREJUDICE: *Spicuzza v. General Star Indem. Co.*, 1:04-CV-00205-DAE-BMK, United States District Court, District of Hawai'i.